AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Reza Niknejad | ) | Case No. 1:15mj325 |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 15, 2014__ in the county of __multiple__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code, §2339B | Conspiracy to provide material support and resources to designated foreign terrorist organizations |
| 18 United States Code, §2339A | Conspiracy to provide material support and resources to terrorists |
| 18 United States Code, §956 | Conspiracy to kill and injure persons in a foreign country |

This criminal complaint is based on these facts:
did unlawfully and knowingly combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury to provide material support and resources, specifically, personnel, to a foreign terrorist organization, namely ISIL, knowing that ISIL was designated a terrorist organization and that the organization had engaged in and was engaging in terrorist activity and terrorism.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Michael P. Ben'Ary, AUSA

*Complainant's signature*

David L. Martinez, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __June 10, 2015__

City and state: __Alexandria, VA__

/s/
Ivan D. Davis
United States Magistrate Judge